# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

SYLVIA LEYS,

                Plaintiff,

vs.

WAL-MART STORES, INC., *et al.*,

                Defendants.

2:17-cv-02196-APG-VCF

**ORDER**

Before the Court is Plaintiff's Motion for Leave to Amend Complaint to Add Party as Defendant (ECF No. 11).

Under LR 7-2, the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, no opposition has been filed and the time to file an opposition has passed.

Accordingly,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Leave to Amend Complaint to Add Party as Defendant (ECF No. 11) is GRANTED. Plaintiff must file the amended complaint (ECF No. 11-1) on or before November 7, 2017.

DATED this 31st day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE