Charles Abbott (SBN 13811)
**Law Offices of Charles Abbott, PC**
2150 Park Place, Suite 100
El Segundo, CA 90245
(310) 792-8665
cabbott@cabbottlaw.com

Ronald H. Reynolds (SBN 827)
Harrison J. Reynolds (SBN 13748)
**Reynolds & Associates**
823 Las Vegas Blvd. S., Suite #280
Las Vegas, NV 89101
(702) 445-7000
(702) 385-7743

Attorneys for Defendant, Wal-Mart Stores, Inc.

# UNITED STATES DISTRICT COURT,
# DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA LEYS,<br><br>  Plaintiff,<br><br>  v.<br><br>WAL-MART STORES, INC., dba Wal-Mart Store #4356 a foreign corporation; MARLON HUGHES; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>  Defendants. | Case Number: 2:17-cv-02196-APG-VCF<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**Filed in Compliance with LR 26-4**<br><br>**(Second Request)** |

Under Local Rule 26-4, the parties and through their respective counsel, Plaintiff Sylvia Leys and Defendant Wal-Mart Stores, Inc. request this Court extend the discovery cutoff for sixty (60) days. This is the second request for an extension of discovery deadlines.

**Status Report**: This action involves an accident at a retail store operated by Walmart. The accident allegedly resulted in severe and debilitating injuries to Plaintiff who has over $1,000,000 in medical damages from several surgical procedures. Under LR 26-4, the deadline to request an extension of discovery deadlines is April 23, 2018.

To date, he parties have been working diligently to complete the remaining discovery within the deadlines. The parties have exchanged several sets of written discovery and either deposed or scheduled the depositions of several percipient witnesses. The parties have exchanged expert disclosures. And Walmart has scheduled depositions of treating physicians, who Plaintiff identified in her Rule 26 disclosures.

Despite the extensive discovery, the parties request a sixty (60) day extension of the discovery deadlines because:

1. Walmart seeks depositions of the corporate representatives of Nevada Spine Clinic and Smoke Ranch Surgery Center, the location of many of Plaintiff's surgeries. These medical facilities charged over $800,000 for medical expenses, which Walmart contends were not reasonable and customary. Both businesses refused to produce a corporate representative for deposition, which forced Walmart to seek relief from this Court. After Walmart filed and served the motions to compel the corporate depositions (*See* ECF Nos.35 and 36), neither business filed a response. Walmart filed a non-opposition to both motions to compel on April 9, 2018. *See* ECF No. 37. Even if this Court issues a court order compelling both businesses to designate a corporate representative for deposition, Walmart anticipates needing additional court assistance before these depositions occur.

2. Plaintiff seeks damages for past and future lost wages and future medical specials, but her disclosures describe these amounts "unknown at this time." The parties are engaging in a meet and confer about these disclosures.

3. Plaintiff listed five treating physicians and the person most knowledgeable at nearly every medical facility which treated plaintiff as possessing information that the Plaintiff's medical treatment "was caused as a result of the subject incident." Because of the number of designations, Walmart needs additional time to depose these five medical providers and the corporate representatives at several medical facilities.

**New Deadlines**: Therefore, the parties propose a 60-day extension with these discovery deadlines:

| | | |
|---|---|---|
| 1. | Discovery cut off: | July 13, 2018 |
| 2. | Filing Motions to Amend | deadline passed |
| 3. | Initial Expert Disclosure | deadline passed |
| 4. | Rebuttal Expert Disclosure | deadline passed |
| 5. | Dispositive Motions | August 13, 2018 |

/ / /

/ / /

/ / /

/ / /

6. Pretrial Order: A pretrial order shall be filed by August 13, 2018. But, if any dispositive motions are filed, the Joint Pretrial Order shall be due thirty days after decision of such motion(s). Disclosures under Fed. R. Civ. P. 26(a)(3) and any objections shall be included in the Joint Pretrial Order.

Dated: April 17, 2018

**Ladah Law Firm, PLLC**

By: /s/ Ramzy Ladah
Ramzy P. Ladah, Esq. (SBN 11405)
517 S. Third Street
Las Vegas, CA 89101

Attorney for Plaintiff, Sylvia Leys

Dated: April 17, 2018

**Law Offices of Charles Abbott**

By: /s/ Charles Abbott
Charles Abbott (SBN 13811)
2150 Park Place, Suite 100
El Segundo, CA 90245

Attorney for Defendants, Kevin Prentice and Wal-Mart Stores, Inc.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 18, 2018