# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA LEYS an individual, | Case No.: 2:17-cv-02196-APG-VCF |
| Plaintiff, | **Order Rejecting Joint Pretrial Order** |
| v. | [ECF No. 55] |
| WAL-MART STORES, INC., dba WAL-MART STORE #4356 a foreign corporation; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive, | |
| Defendants. | |

The parties' proposed Joint Pretrial Order (ECF No. 55) does not comply with Local Rules 16-3 and 16-4. For example, with regard to the proposed exhibits, the parties simply list generic objections without addressing which objections apply to which exhibits. ECF No. 55 at 7-8. This indicates that the parties have not actually conferred about the admissibility of the exhibits and which exhibits can be admitted by stipulation.

Further, the plaintiff's witness list does not include addresses as required by Local Rule 16-3(b). The defendant's witness list attempts to reserve the right to call any witness identified in discovery. That is improper because specific witnesses are to be designated.

Local Rules 16-3 and 16-4 are designed to streamline the trial preparation and presentation and to foster settlement. The parties cannot simply wait to make trial decisions until the eve of trial. If they do, they cannot conduct effective settlement discussions. The proposed order will be rejected. The parties shall submit a new proposed joint order addressing these identified problems and complying with Local Rules 16-3 and 16-4.

IT IS ORDERED that the parties' Joint Pretrial Order (**ECF No. 55**) is **REJECTED**. The parties shall personally confer as required in Local Rule 16-3 and submit a Joint Pretrial Order that complies with Local Rule 16-4 by February 8, 2019.

DATED this 18th day of January, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE