# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| SYLVIA LEYS,<br><br>        Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., *et al.*,<br><br>        Defendants. | 2:17-cv-02196-APG-VCF<br><br>**ORDER** |

The parties were ordered to file a proposed stipulation and order for dismissal by July 15, 2019. To date, no proposed stipulation and order for dismissal has been filed.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, August 6, 2019, in Courtroom 3D.

DATED this 17th day of July, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE